1

**DLA PIPER LLP (US)**
JULIE A. DUNNE (Bar No. CA-160544)

2
julie.dunne@us.dlapiper.com
ALBERTO J. CORONA (Bar No. CA-339906)

3
alberto.corona@us.dlapiper.com
JOSEPH J. KIM (Bar No. CA-351049)

4
joseph.kim@us.dlapiper.com
4365 Executive Drive, Suite 1100

5
San Diego, California 92121-2133
Tel: (858) 677-1400 | Fax: (858) 677-1401

6

7
Attorneys for Defendants
SMTC CORPORATION and SMTC
MANUFACTURING CORPORATION OF

8
CALIFORNIA

9
*additional counsel on next page*

10

11
**UNITED STATES DISTRICT COURT**

12
**NORTHERN DISTRICT OF CALIFORNIA**

13

14
MOMO NGUYEN, on behalf of herself all
others similarly situated ,

15
                                    Plaintiff,

16
        vs.

17
SMTC MANUFACTURING CORPORATION
OF CALIFORNIA, et al.,

18

19
                                    Defendants.

20

21

22

23

24

25

26

27

28

Case No.: 4:24-cv-07394-JST

**JOINT STIPULATION FOR RELIEF
FROM ORDER SETTING INITIAL
CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER**

| | |
|---|---|
| Judge: | Hon. Jon S. Tigar |
| Location: | Courtroom 6, 2nd Fl. |

| | |
|---|---|
| Complaint Filed: | January 18, 2023 |
| Trial Date: | None Set |

**DUONG SI TRAN** (Bar No. CA-194886)
duongsitran@gmail.com
1669 Flanigan Dr., Suite A
San Jose, California 95121
Tel: (510) 830-6494 | Fax: (408) 273-6048

Attorneys for Defendants
40 HRS, INC. & CHECKONE, INC.

**BOKHOUR LAW GROUP, P.C.**
Mehrdad Bokhour (Bar No. CA-285256)
mehrdad@bokhourlaw.com
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Tel: (310) 975-1493 | Fax: (310) 675-0861

**FALAKASSA LAW, P.C.**
Joshua S. Falakassa (Bar No. 295045)
josh@falakssalaw.com
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Tel: (818) 456-6168 | Fax: (888) 505-0868

Attorneys for Plaintiff
MOMO NGUYEN

Plaintiff Momo Nguyen ("Plaintiff") and Defendants SMTC Manufacturing Corporation of California, SMTC Corporation, 40 HRS, Inc., and CheckOne, Inc ("Defendants") (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, Defendants SMTC Manufacturing Corporation of California and SMTC Corporation (the "SMTC Defendants") removed this action from the Alameda County Superior Court on October 23, 2024;

WHEREAS, the action was assigned to the Honorable Laurel Beeler who issued an Order Setting Initial Case Management Conference, setting a deadline of: January 2, 2025, to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; and a deadline of January 16, 2025, to make FRCP 26(f) initial disclosures;

WHEREAS, on November 5, 2024, the action was re-assigned to the Honorable Jon S. Tigar for all further proceedings;

WHEREAS, on November 5, 2024, the Clerk of Court vacated all hearing dates and trial dates for this case, but left all other deadlines, "such as those for ADR compliance and discovery cutoff" unaffected;

WHEREAS, On November 6, 2024, the Clerk of Court issued a Notice setting a case management conference for February 4, 2025, with a joint case management statement to be filed by January 28, 2025;

WHEREAS, on November 13, 2024, Defendants filed motions to compel arbitration which were scheduled to be heard on December 19, 2024;

WHEREAS, on December 5, 2024, the Court took Defendants' motions under submission on the briefs and vacated the hearings for those motions;

WHEREAS, on November 22, 2024, Plaintiff filed a motion to remand, which was scheduled to be heard on January 16, 2025 (collectively, Defendants' motions to compel arbitration and Plaintiff's motion to remand shall be referred to as the "Pending Motions");

WHEREAS, on January 6, 2025, the Court issued a notice vacating the motion for remand hearing and finding the matter suitable for disposition without oral argument; and

WHEREAS, the Parties met and conferred on January 2, 2025 and agreed, subject to the

Court's approval, that the deadlines in the Order Setting Initial Case Management Conference should be continued until after the Court rules on the Pending Motions because both Plaintiff and Defendants contend this Court does not have jurisdiction over this dispute—Plaintiff arguing there is no federal jurisdiction and Defendants arguing Plaintiff agreed to arbitrate the claims asserted in her Complaint;

THEREFORE, the Parties stipulate and agree, pursuant to Civil Local Rules 16-2(d) and 7-12 and pursuant to the Court's approval, that the Order Setting Initial Case Management Conference be revised to continue the Initial Case Management Conference and related deadlines to 30 days after the Court rules on the Pending Motions, i.e.:

- Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan (See F.R. Civ. P. 26(f)): 21 days after the Court rules on the Pending Motions;

- Deadline to make initial disclosures (See F.R. Civ. P. 26(a)(1)): 30 days after the Court rules on the Pending Motions;

- Deadline to file Joint Case Management Statement: 21 days after the Court rules on the Pending Motions; and

- Initial Case Management Conference: 30 days after the Court rules on the Pending Motions.

///
///
///
///
///
///
///
///
///
///

1        Respectfully submitted,

2    Dated:  January 8, 2025                           **DLA PIPER LLP (US)**

3                                                By:   */s/ Julie A. Dunne*
4                                                       JULIE A. DUNNE
                                                        ALBERTO J. CORONA
5                                                       JOSEPH J. KIM

6                                                       *Attorneys for Defendants*
                                                        SMTC CORPORATION and SMTC
7                                                       MANUFACTURING CORPORATION
                                                        OF CALIFORNIA

8    Dated:  January 8, 2025                           **DUONG SI TRAN**

9                                                By:   */s/ Duong Si Tran*
10                                                      DUONG SI TRAN

11                                                      *Attorneys for Defendants*
                                                        40 HRS, INC. and CHECKONE, INC.

12

13   Dated:  January 8, 2025                           **BOKHOUR LAW GROUP, P.C.**
14                                               **FALAKASSA LAW, P.C.**

15                                             By:   */s/ Joshua S. Falakassa*
16                                                      MEHRDAD BOKHOUR
                                                        JOSHUA S. FALAKASSA

17                                                      *Attorneys for Plaintiff*
                                                        MOMO NGUYEN

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR RELIEF FROM ORDER SETTING
INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [~~PROPOSED~~] ORDER

Having reviewed and considered the Parties' stipulation to revise the Order Setting Initial Case Management Conference, and good cause appearing, the Court hereby orders that the Order Setting Initial Case Management Conference be revised to continue the Initial Case Management Conference and related deadlines to 30 days after the Court rules on the Pending Motions, i.e.:

- Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan (See F.R. Civ. P. 26(f)): ~~21 days after the Court rules on the Pending Motions;~~    March 17, 2025

- Deadline to make initial disclosures (See F.R. Civ. P. 26(a)(1)): ~~30 days after the Court rules on the Pending Motions;~~    March 26, 2025

- Deadline to file Joint Case Management Statement: ~~21 days after the Court rules on the Pending Motions;~~ and    March 18, 2025

- Initial Case Management Conference: ~~30 days after the Court rules on the Pending Motions.~~    March 25, 2025

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _January 9, 2025_____    _____

Honorable Jon S. Tigar
United States District Judge

JOINT STIPULATION FOR RELIEF FROM ORDER SETTING
INITIAL CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER